UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                        Case No. 11-cr-41-PB

**Claudio Silva**


**O R D E R**

The defendant has moved to continue the May 3, 2011 trial in the above case, citing the need for additional time to engage in plea negotiations or prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 3, 2011 to August 16, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

1

The April 25, 2011 final pretrial conference is continued until July 25, 2011 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 22, 2011

cc: Terry Ollila, AUSA
    Jeffrey S. Levin, Esq.
    United States Marshal
    United States Probation