UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                                                                    Case No. 11-cr-41-PB

**Claudio Silva**


**O R D E R**

    The defendant has moved to continue the August 16, 2011 trial in the above case, citing the need for additional time to confer with counsel regarding new issues for consideration prior to entering a plea or proceeding to trial. The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 16, 2011 to October 4, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 26, 2011

cc: Terry Ollila, AUSA
    Jeffrey S. Levin, Esq.
    United States Marshal
    United States Probation