UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                                Case No. 11-cr-41-PB

<u>Claudio Silva</u>

### O R D E R

The defendant has moved through counsel to continue the December 6, 2011 trial in the above case, citing newly appointed counsel and the need for additional time to prepare for trial. The government does not object to a continuance of the trial date.

Although it was previously ordered that no further continuances would be allowed in this case, the court will continue the trial from December 6, 2011 to February 7, 2012 in order to grant new counsel sufficient time to properly prepare for trial. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance

outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on January 31, 2012 at 4:00 p.m. No further continuances.

SO ORDERED.

        /s/Paul Barbadoro
        Paul Barbadoro
        United States District Judge

December 1, 2011

cc: Terry Ollila, AUSA
    Liam D. Scully, Esq.
    United States Marshal
    United States Probation